## No. 165.

### THE STATE OF LOUISIANA vs. GUS. LOGAN.

:State vs. Johnson, 37 Ann. 422, maintaining sufficiency of jury oath to find verdict "according to the evidence," affirmed.

APPEAL from the First District Court, Parish of Caddo.
    Hicks, J.

*M. J. Crain,* District Attorney, for the State, Appellee.

*S. P. Watts,* for Defendant and Appellant.

The opinion of the Court was delivered by

FENNER, J. The only exception presented is to the form of oath administered to the jury, being to find a verdict "according to the evidence." It has no merit. State vs. Johnson, 37 Ann. 422. State vs. Winson (this day decided).

Judgment affirmed.